WILLIAM SCHWEIKERT, Appellant, v. MILTON SCHNAIER & CO., INC., Respondent.— Judgment reversed and new trial granted, costs to abide

the event, upon the ground that there was evidence of defendant's negligence, or rather of negligence on the part of its superintendent in sending the plaintiff to do the work of painting the ventilating pipes without a helper to hold the ladder. Jenks, P. J., Stapleton and Mills, JJ., concurred; Rich, J., voted to affirm; Carr, J., not voting.